## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, | Case No. 0:22-cv-00649 (ECT/LIB) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Karvonen & Sons, Inc., | |
| Defendant. | |

Plaintiff Julie Dalton and Defendant Karvonen & Sons, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1.      This action shall be DISMISSED with prejudice as between Plaintiff and Defendant; and

2.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.


Dated: June 23, 2022                                    Respectfully submitted,

/s/ Ryan D. Fullerton                                   /s/ Nicholas A. Colella
Ryan D. Fullerton                                       Nicholas A. Colella
Pemberton Law, P.L.L.P.                                 **LYNCH CARPENTER LLP**
110 North Mill Street                                   1133 Penn Avenue, 5th Floor
Fergus Falls, MN 56537                                  Pittsburgh, PA 15222
r.fullerton@pemlaw.com                                  nickc@lcllp.com
T: (218) 736-5493                                       Tel: 412-322-9243
                                                        Fax: 412-231-0246

                                                        Patrick W. Michenfelder (#024207X)
                                                        **THRONDSET MICHENFELDER, LLC**
                                                        Cornerstone Building
                                                        One Central Avenue West, Suite 203
                                                        St. Michael, MN 55376
                                                        Tel: (763) 515-6110

Fax: (763) 226-2515
Email: pat@throndsetlaw.com

*Counsel for Plaintiff*