**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Julie Dalton,<br><br>               Plaintiff,<br><br>     v.<br><br>Karvonen & Sons, Inc.,<br><br>               Defendant. | Case No. 0:22-cv-00649 (ECT/LIB)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |

Plaintiff Julie Dalton and Defendant Karvonen & Sons, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1.     This action shall be DISMISSED with prejudice as between Plaintiff and Defendant; and

2.     Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

_____
Eric C. Tostrud
United States District Judge