UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Julie Dalton, | File No. 22-cv-649 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Karvonen & Son, Inc., | |
| Defendant. | |

---

Plaintiff Julie Dalton and Defendant Karvonen & Sons, Inc., have filed a stipulation of dismissal that seeks dismissal of the action with prejudice, with each party to bear its own costs and attorneys' fees. ECF No. 14. Both parties signed the stipulation. *Id*. Based on all of the files, records, and proceedings herein, **IT IS ORDERED** that the Stipulation of Dismissal [ECF No. 14] is **GRANTED**.

Therefore, based on all the files, records, and proceedings herein, **IT IS ORDERED** that the action is **DISMISSED** with prejudice, and each party shall bear its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated:  June 27, 2022                    s/ Eric C. Tostrud
                                         Eric C. Tostrud
                                         United States District Court